AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>MUSTAFAH OMAR HAWKINS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:20mj3132<br>)<br>)<br>)<br>) |

**FILED**
12:35 pm Jun 05 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 4, 2020__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(C) | Interstate Threatening Communications. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Peter J. Mauro, SA, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means.

Date: 06/05/2020

City and state: Cleveland, Ohio



Thomas M. Parker, United States Magistrate Judge