**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20MJ3132 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE THOMAS M. PARKER |
| vs. | : | |
| MUSTAFAH OMAR HAWKINS, | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Charles E. Fleming, enters a Notice of Appearance of Counsel on behalf of Mustafah Omar Hawkins in the above-captioned case. Please add Charles E. Fleming to the docket as lead counsel for Mr. Hawkins, and remove Edward Bryan as lead counsel and from receiving any further ECF notifications.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Charles E. Fleming*
CHARLES E. FLEMING
Assistant Federal Public Defender
Ohio Bar: 0046778
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: charles_fleming@fd.org