FILED
JUL -1 2020
CLERK, U.S.
NORTHE...

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| MUSTAFAH OMAR HAWKINS, | ) | Section 875(c) |
| Defendant. | ) | |

1:20 CR 343

JUDGE OLIVER

COUNT 1
(Interstate Communication Threat, Title 18 U.S.C. §875(c))

The Grand Jury charges:

1. From on or about May 31, 2020 to on or about June 2, 2020, in the Northern District of Ohio, Eastern Division, Defendant MUSTAFAH OMAR HAWKINS did knowingly and willfully transmit in interstate and foreign commerce from Cleveland, Ohio, communications which viewed together, threatened to injure persons and law enforcement officers, to wit: Facebook.com public postings, which included:

   a. On May 31, 2020, "We finna start smoking y'all n-----s when we see y'all killing n-----s and y'all supposed to be the police. Mark my words the change is here."

   b. On June 1, 2020, "These the n-----s y'all told me not to shoot for strong arming my fellow brothers?"

   c. On June 1, 2020, "B---h n---a what curfew I work PASSED 8. Y'all wanna get shot I see".

    d. On June 2, 2020, "I can assemble a flash mob easy Sunday. Idgaf who reading this We gone fly passed with the Tov's in the backseat and fling em!"

    e. On June 2, 2020, "I been said burn little Italy to the ducking ground we was literally 40 n-----s deep in our way until them n-----s shot that tear gas and we had to stand with our n-----s. Very next riot I promise to bring to y'all Italian n-----s on that strip on mommy".

All in violation of Title 18, United States Code Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.