# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA     \*
    \*

    v.     \*     CASE NO.    1:20cr343

    \*

Mustafah Omar Hawkins     \*
    \*

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING
## FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant has consented to the use of video teleconferencing/teleconferencing

to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:

_____

_____

Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[ ] Other:

_____

_____

Date:    05/19/2021                s/ Solomon Oliver, Jr.
                                                United States District Judge